TERESA MARTINS, CONSERVATRIX (ESTATE OF CARLOS MARTINS), ET AL. *v.* CONNECTICUT LIGHT AND POWER COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 212 (AC 12165), is denied.

*Maureen Danehy Cox* and *Brian T. Henebry,* in support of the petition.

*Carey B. Reilly,* in opposition.

Decided September 14, 1994

IN RE EMMANUEL M.

The respondent mother's petition for certification for appeal from the Appellate Court, 35 Conn. App. 276 (AC 13135), is denied.

*David Mandell,* in support of the petition.

*James Kelly,* assistant attorney general, in opposition.

Decided September 14, 1994

CENTURY MORTGAGE COMPANY, INC. *v.* MARY E. GEORGE

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 326 (AC 12264), is denied.

*David F. Weber,* in support of the petition.

*William T. Barrante,* in opposition.

Decided September 14, 1994